

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/06/2025 02:00 PM

COURTROOM  4C, 4th Floor

**HONORABLE JACOB BROWN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:25-bk-02562-JAB | 11 | 07/28/2025 |

**Chapter 11**

**DEBTOR:**   Mark Lowery

**DEBTOR ATTY:**   Bryan Mickler

**TRUSTEE:**   NA

**HEARING:**

Preliminary Hearing on Motion for Order that Automatic Stay Does Not Apply to Non-Debtor Defendants for Relief from Stay Filed by Dana Chaaban on behalf of Creditor Catamount Constructors Inc. Doc 69{}

Note:
-Order Granting Amended Motion to Approve Compromise or Settlement and Distribution Doc 74
-Notice of Filing HUD-1 Statement Filed by Bryan K. Mickler on behalf of Debtor Mark Albert Lowery Doc 73
-Request for Production of Documents Pursuant to Bankruptcy Rule 2004 Filed by Dana Chaaban on behalf of Creditor Catamount Constructors Inc. Doc 70
-Periodic Report Concerning Related Entities - Vida de Louie Filed by Bryan K. Mickler on behalf of Debtor Mark Albert Lowery Doc 76
-Periodic Report Concerning Related Entities - PV Golf Tee Repair Filed by Bryan K. Mickler on behalf of Debtor Mark Albert Lowery Doc 77
-Periodic Report Concerning Related Entities - Villa Wheatley Filed by Bryan K. Mickler on behalf of Debtor Mark Albert Lowery Doc 78

**APPEARANCES::**   Bryan Mickler: Debtor; Alexander Bell: Catamount Constructors, Inc; Casey Lennox: Renassant Bank

**WITNESSES:**

**EVIDENCE:**

**RULING:**   Continued to November 18, 2025 @ 3:00 p.m. AOCNFN
Preliminary Hearing on Motion for Order that Automatic Stay Does Not Apply to Non-Debtor Defendants for Relief from Stay Filed by Dana Chaaban on behalf of Creditor Catamount Constructors Inc. Doc 69{}

Note:

-Order Granting Amended Motion to Approve Compromise or Settlement and Distribution Doc 74

-Notice of Filing HUD-1 Statement Filed by Bryan K. Mickler on behalf of Debtor Mark Albert Lowery Doc 73

-Request for Production of Documents Pursuant to Bankruptcy Rule 2004 Filed by Dana Chaaban on behalf of Creditor Catamount Constructors Inc. Doc 70

-Periodic Report Concerning Related Entities - Vida de Louie Filed by Bryan K. Mickler on behalf of Debtor Mark Albert Lowery Doc 76

-Periodic Report Concerning Related Entities - PV Golf Tee Repair Filed by Bryan K. Mickler on behalf of Debtor Mark Albert Lowery Doc 77

-Periodic Report Concerning Related Entities - Villa Wheatley Filed by Bryan K. Mickler on behalf of Debtor Mark Albert Lowery Doc 78

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.